UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re: Raul Omar Campos
Debtor

Case No.: 10-70360
Chapter: 11

## DEBTOR(S) POST-CONFIRMATION CERTIFICATE

COMPLETE FOR CHAPTER 11 CASES ONLY

☑ 1 Plan Confirmed          __87__ % Dividend to Be Paid
☐ 2 Plan Not Confirmed

☐ Check box if future payments are contemplated under Chapter 11 Plan but percentage dividend is not determinable.

$ __1,280.462__ 1. TOTAL RECEIPTS AND DISTRIBUTIONS
(Do not complete below if amount is zero)

**FEES AND EXPENSES**

$ __NONE__ 2. Trustee Compensation

$ __NONE__ 3. Fee for Attorney for Trustee

$ __28,837__ 4. Other Professional Fees and All Expenses (including Fee for Attorney for Debtor)

**DISTRIBUTIONS**

$ __589,703__ 5. Secured Creditors

$ __414,849__ 6. Priority Creditors

$ __111,473__ 7. Unsecured Creditors

$ __NONE__ 8. Equity Security Holders

$ __NONE__ 9. Other Distributions (including Payments to Debtor)

* Fees paid to U.S. Trustee are considered expenses of the estate and are to be reported in item #4.

The above information is provided to the best of my knowledge, information, and belief under rule 9011(a).

Signed: _____   Name: ELLEN C. STONE
         Attorney for Debtor(s)
Address: 4900 N. 10Th STE A-2
Dated: 8-30-2011                 Attorney's Phone No. (956) 630-2822